**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**
**CIVIL CASE NO:** 5:22-CV-78-BJB

*Electronically Filed*

| | |
|---|---|
| **CLARENCE DICKERSON** | **PLAINTIFF** |
| vs. | |
| **IBRAHIM DIALLO and** | **DEFENDANTS** |
| **LANDSTAR INWAY INC** | |

## NOTICE OF REMOVAL

Defendants, Ibrahim Diallo and Landstar Inway Inc, (hereinafter collectively "Landstar"), by counsel, pursuant to 28 U.S.C. §1441, 28 U.S.C. §1446, and 28 U.S.C. §1332, for their Notice of Removal of this matter to the United States District Court for the Western District of Kentucky, Paducah Division, hereby state as follows:

1. On May 18, 2022, Plaintiff filed a Complaint in the McCracken Circuit Court, Civil Action No. 22-CI-378, against Defendants. The Complaint includes claims for negligence, statutory negligence, negligence per se, carelessness, and recklessness. Plaintiff's Summonses and Complaint are attached hereto as Exhibit "A".

2. Upon information and belief, and pursuant to Plaintiff's Complaint, Plaintiff is now and was at all times relevant hereto, including at the time of filing this Notice of Removal and at the commencement of this action against Defendants in McCracken Circuit Court, Civil Action 22-CI-378, a citizen of the Commonwealth of Kentucky, who resides at 243 E. 2nd Street, La Center, Kentucky, Ballard County, Kentucky.

3.      Upon information and belief, Defendant Ibrahim Diallo is now and was at all times relevant hereto, including at the time of filing of this Notice of Removal and at the time the Plaintiff filed his Complaint, a citizen of Ohio, residing at 12278 Butterfield Drive, Pickerington, Ohio.

4.      Defendant Landstar Inway Inc is now and was at all times relevant hereto, including at the time of filing of this Notice of Removal and at the time the Plaintiff filed his Complaint, a corporation incorporated in the State of Florida, with its principal office located at 13410 Sutton Park Drive South, Jacksonville, Florida.

5.      Although Plaintiff's Complaint does not identify the specific amount of damages which he seeks, Plaintiff's Complaint alleges that he has suffered personal injuries both temporary and permanent, including past and future medical expenses, loss of enjoyment of life, and past and future mental and physical pain and suffering.  Based upon these allegations, it is clear that the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

6.      This action is one over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a) and is one that the Defendants may remove to this Court pursuant to 28 U.S.C. § 1441(a) & (b), on the basis of diversity of citizenship.

7.      This Notice of Removal was filed within thirty (30) days after Defendants received Plaintiff's Complaint.

8.      Pursuant to 28 U.S.C. § 1446(a), Defendants have attached as an Exhibit all pleadings and other papers served upon it in this action, being the Summonses and Complaint (Ex. A).

WHEREFORE, based upon the foregoing, Defendants, Ibrahim Diallo and Landstar Inway Inc, by counsel, notify this Court of their Removal of this Action pursuant to their Notice of Removal from the McCracken Circuit Court in McCracken County, Kentucky.

This the 22nd day of June, 2022.

/s/ Marc A. Lovell
Marc A. Lovell
Justin L. Duncan
HARLIN PARKER
519 East Tenth Street
P.O. Box 390
Bowling Green, KY 42102-0390
(270) 842-5611
Counsel for Defendants
lovell@harlinparker.com
duncan@harlinparker.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 22nd day of June, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel at the following email addresses:

Daryl Dixon
daryld@forthepeople.com
Counsel for Plaintiff

Marc A. Lovell
Justin L. Duncan
lovell@harlinparker.com
duncan@harlinparker.com
Counsel for Defendants

/s/ Marc A. Lovell