| AOC-E-105<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    *Courts.ky.gov*<br><br>CR 4.02; Cr Official Form 1 | Sum Code: CI | <br>**CIVIL SUMMONS** | NOT ORIGINAL DOCUMENT<br>06/01/2022  Case #: **22-CI-00378**<br>84107<br>Court:  **CIRCUIT**<br><br>County: **MCCRACKEN** |
| --- | --- | --- | --- |

*Plantiff,* **DICKERSON, CLARENCE VS. DIALLO, IBRAHIM ET AL**, *Defendant*

TO:  **IBRAHIM DIALLO**

**12278 BUTTERFIELD DR**

**PICKERINGTON, OH 43147**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons.  **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*K. Chanell*

McCracken Circuit Clerk
Date: **5/18/2022**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20 _____

_____
Served By

_____
Title

---

Summons ID: @00000173608
CIRCUIT: 22-CI-00378 Long Arm Statute – SOS - Restricted Delivery
DICKERSON, CLARENCE VS. DIALLO, IBRAHIM ET AL



Page 1 of 1



*Vertical right margin:* Presiding Judge: HON. W. A. KITCHEN (602373)

*Vertical right margin:* CI : 000001 of 000001

| AOC-E-105      Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice      Courts.ky.gov<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | NOT ORIGINAL DOCUMENT<br>06/01/2022 Case #: 22-CI-00378<br>84107<br>Court: **CIRCUIT**<br>County: **MCCRACKEN** |

_Plaintiff,_ **DICKERSON, CLARENCE VS. DIALLO, IBRAHIM ET AL**, _Defendant_

TO:   **LANDSTAR INWAY INC**

**13410 SUTTON PARK DRIVE SOUTH**

**JACKSONVILLE, FL 32224**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

_K. Chanell_

McCracken Circuit Clerk
Date: **5/18/2022**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20 _____

_____
Served By

_____
Title

Presiding Judge: HON. W. A. KITCHEN (602373)

CI : 000001 of 000001

Summons ID: @00000173609
CIRCUIT: 22-CI-00378 Long Arm Statute – SOS - Restricted Delivery
DICKERSON, CLARENCE VS. DIALLO, IBRAHIM ET AL



Page 1 of 1



NOT ORIGINAL DOCUMENT
06/01/2022 10:52:29 AM
84107

COMMONWEALTH OF KENTUCKY
MCCRACKEN CIRCUIT COURT
DIVISON_____
CIVIL ACTION NO. _____
*Electronically Filed*

CLARENCE DICKERSON                                               PLAINTIFF

v.

LANDSTAR INWAY INC
     Serve: 13410 Sutton Park Drive South
         Jacksonville, FL 3224
and
IBRAHIM DIALLO
     Serve: 12278 Butterfield Dr
         Pickerington, OH 43147

---

## COMPLAINT

---

The Plaintiff, Clarence Dickerson, for his Complaint against the Defendants Landstar Inway, Inc. and Ibrahim Diallo, states as follows:

### PARTIES

1.     The Plaintiff, Clarence Dickerson, is a resident of the Commonwealth of Kentucky, residing at 243 E 2nd St, La Center, KY.

2.     The Defendant, Landstar Inway Inc. is a foreign corporation whose principal office is 13410 Sutton Park Drive South, Jacksonville, FL.

3.     The Defendant, Ibrahim Diallo, is a non-resident of the State of Kentucky, and resides at 12278 Butterfield Dr, Pickerington, OH.

4.     The incident which forms the basis of this litigation occurred on June 16, 2021, in Paducah, McCracken County, Kentucky.

NOT ORIGINAL DOCUMENT
06/01/2022 10:52:29 AM
84107

5.      The amount in controversy exceeds the minimum amount necessary to establish jurisdiction of this Court.

**COUNT I**
**COMMON LAW NEGLIGENCE**

6.      On or about June 16, 2021, in Paducah, McCracken County, Kentucky, a vehicle owned and negligently operated by Ibrahim Diallo collided with a vehicle operated by Clarence Dickerson.

7.      The collision referred to in Paragraph 5 was the result of the negligence of Ibrahim Diallo and Defendant, Landstar Inway Inc.

8.       Ibrahim Diallo was within the scope and course of his employment with Defendant Landstar Inway Inc. on the date and time of the subject wreck. Thus, Defendant Landstar Inway Inc., is vicariously liable for the negligence of Ibrahim Diallo and the resulting damages.

9.      As a direct and proximate result of the negligence and carelessness of Defendants, Landstar Inway Inc. and Ibrahim Diallo, as heretofore alleged, the Plaintiff, Clarence Dickerson, was caused to sustain personal injuries, both of a temporary and permanent nature to his person as a whole, resulting in the following damages:

(a)      Plaintiff has been caused to undergo mental and physical pain and suffering both of a temporary and permanent nature all to her damage in a sum to be determined by a jury sitting in the trial of this matter;

(b)      Plaintiff has been caused to expend sums of money for hospital, medical and other rehabilitation expenses and will be caused to expend such sums of money in the future in an amount to be determined by a jury sitting in the trial of this matter; and

Presiding Judge: HON. W. A. KITCHEN (602373)

COM : 000002 of 000004

NOT ORIGINAL DOCUMENT
06/01/2022 10:52:29 AM
84107

(c)      Plaintiff incurred loss of his ability to lead and enjoy a normal life, all to his damage, in a sum to be determined by a jury sitting in the trial of this matter.

**COUNT II**
**STATUTORY NEGLIGENCE**

9.      Defendants, Landstar Inway Inc.'s and Ibrahim Diallo actions constitute violations of various sections and subsections of the Kentucky Revised Statutes; including, but not limited to KRS 189.290(1) and 189.390(2) and constitute negligence per se pursuant to KRS 446.070 and Kentucky case law.

10.      The injuries sustained by Plaintiff, Clarence Dickerson, are of the type which these statutes seek to prevent and that such injuries were proximately caused by Defendants, Martin Transportation Systems Inc. and Ibrahim Diallo violation of these statutes.

11.      As a direct and proximate result of Defendants, Martin Transportation Systems Inc. and Ibrahim Diallo violations of Kentucky law, Plaintiff, Clarence Dickerson, sustained the injuries and damages itemized in COUNT I, which is incorporated by reference as if set forth in COUNT II.

**WHEREFORE**, Plaintiff, Clarence Dickerson, demands judgment against Defendants, Landstar Inway Inc  and Ibrahim Diallo as follows:

A.  A trial by jury on all issues of fact herein;

B.  Compensatory damages against the Defendant in a fair and reasonable amount to be determined by a jury sitting at the trial of this matter, but in an amount sufficient to confer jurisdiction on this Court;

C.  For prejudgment interest from the date of the Plaintiff's injuries until such time the judgment is paid;

Presiding Judge: HON. W. A. KITCHEN (602373)

COM : 000003 of 000004

NOT ORIGINAL DOCUMENT
06/01/2022 10:52:29 AM
84107

D.  For Plaintiff's costs herein expended; and

E.  For any and all other relief to which the Plaintiff is entitled.

## CERTIFICATION

This is to certify that pursuant to KRS 411.188(2), the undersigned attorneys have notified by certified mail all of those parties believed to possibly hold subrogation rights to any award received by the Plaintiff as a result of this action and that the failure to assert subrogation rights by intervention, pursuant to Kentucky Civil Rule 24, or otherwise will result in a loss of those rights with respect to any final award received by the Plaintiff as a result of this action.

Submitted on the 18th day of May 2022.

Most Respectfully,

*/s/ Daryl Dixon*
DARYL DIXON
Morgan & Morgan
817 Broadway
Paducah, KY 42001
Telephone:  (270) 558-6871
Facsimile: (270) 558-6881
Email: daryld@forthepeople.com

Presiding Judge: HON. W. A. KITCHEN (602373)

COM : 000004 of 000004